James E. Mercante (JS 4231)
Michael E. Stern (MS 9113)
RUBIN FIORELLA & FRIEDMAN, LLP
292 Madison Avenue
New York, New York 10017
(212) 953-2381
Attorneys for JULES ABADI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SUSAN GARVEY,

      Plaintiff,

 -against-

JULES ABADI,

      Defendant.
-----------------------------------------------------------x

07 civ 6189 (LLS)

**AFFIDAVIT OF SERVICE
BY MAIL**

STATE OF NEW YORK  )
          ) ss.:
COUNTY OF NEW YORK )

  STEPHANIE J. MAZZA, being duly sworn, deposes and says:

  I am not a party to the action, I am over 18 years of age and reside in Staten Island, New York.

  That on the 25th day of July, 2007 deponent served the within **ANSWER** upon:

**The Yankowitz Law Firm, P.C.
175 East Shore Road
Great Neck, New York 11023**

in this action at the address designated by said attorney for that purpose by depositing same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                   STEPHANIE J. MAZZA

Sworn to before me this
25th day of July, 2007.

_____
Notary Public

ELISE WELCH
Notary Public, State of New York
No. 01WE4775573
Qualified in Nassau County
Commission Expires December 31, 20__