☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

-----------------------------------------------------------X
SUSAN GARVEY,

                Plaintiff(s),

      -against-

JULES ABADI,

                Defendant(s),
-----------------------------------------------------------X

NOTICE OF
WITHDRAWAL OF
NOTICE OF MOTION
TO REMAND ACTION
TO STATE COURT

07 Civ. 6189 (LLS)

TO:    Rubin, Fiorella & Friedman, LLP
        292 Madison Avenue
        New York, NY 10017
        Attorneys for Defendant JULES ABADI

PLEASE TAKE NOTICE, that on this date plaintiff SUSAN GARVEY, by the undersigned counsel, THE YANKOWITZ LAW FIRM, P.C., has filed a Notice of Withdrawal of Notice of Motion to Remand Action to State Court in the office of the Clerk of the United States District Court for the Southern District of New York, ~~for an order remanding this action to State Court~~.   LLS

Dated:      Great Neck, NY
             August 10, 2007

                                    THE YANKOWITZ LAW FIRM, P.C.
                                    Attorneys for Plaintiff SUSAN GARVEY

                                    JACK A. YANKOWITZ
                                    175 East Shore Road
                                    Great Neck, NY 11023
                                    (516) 622-6200

SO ORDERED:

*Louis L. Stanton*
U.S.D.J.

8/15/07

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK. COUNTY OF NASSAU ss.:

ROSEMARIE IMBRIANO being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in NASSAU County in the State of New York.

I served a true copy of the annexed

### NOTICE OF WITHDRAWAL OF NOTICE OF MOTION TO REMAND ACTION TO STATE COURT

on August 13, 2007 by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

RUBIN, FIORELLA & FRIEDMAN, LLP
Attorneys for Defendant
JULES ABADI
292 Madison Avenue
New York, NY 10017

_____
ROSEMARIE IMBRIANO

Sworn to before me August 13, 2007

_____
Notary Public

JACK A. YANKOWITZ
Notary Public, State of New York
02YA6015746
Qualified in Nassau County
Commission Expires November 9, 20 10