ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
SUSAN GARVEY,

              Plaintiff,

      v.

JULES ABADI,

              Defendant.
- - - - - - - - - - - - - - - - -x

07 Civ. 6189 (LLS)

ORDER

        The parties having appeared before this court on October 5, 2007 for a conference, and the court being fully advised, the August 10, 2007 Notice of Withdrawal of Notice of Motion to Remand Action to State Court is vacated, and the plaintiff's Motion to Remand is restored to the calendar on its original motion papers. Defendant's opposition is due by October 19, 2007 and the plaintiff may reply by October 26, 2007.

        So ordered.

Dated:    October 5, 2007
            New York, New York

                                  *Louis L. Stanton*
                              LOUIS L. STANTON
                                U.S.D.J.